JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| TROY ANGELO GONZALEZ,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>R. JOHONSON, Warden,<br><br>　　　　　Respondent. | Case No. 5:20-cv-00491-RGK-JDE<br><br>JUDGMENT |

Pursuant to the Order of Dismissal,

IT IS ORDERED, ADJUDGED, AND DECREED that the operative Petition is denied and this action is dismissed with prejudice.

Dated: May 5, 2020

*Gary Klausner*

R. GARY KLAUSNER
United States District Judge